In the Matter of IMANI D.W., an Infant. MONROE COUNTY DEPARTMENT OF HUMAN SERVICES, Respondent; CHRISTINE W., Appellant. [919 NYS2d 457]—

Present—Centra, J.P., Fahey, Carni, Green and Gorski, JJ.